1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW D. SEGAL
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR-S-05-302-LKK |
|---|---|---|
| Plaintiff, | ) | APPLICATION AND ORDER |
| | ) | FOR WRIT OF HABEAS CORPUS |
| v. | ) | AD PROSEQUENDUM |
| RUBEN ALDACO-VILLA | ) | |
| Defendant. | ) | |

COMES NOW the United States of America by the United States Attorney and represents and shows:

That there is now detained in the El Dorado County Jail, 300 Forni, Placerville, California 95667, in the custody of the Warden, Sheriff or Jailor thereof, the defendant in the above-entitled case, which case will be called for arraignment and entry of plea, and that it is necessary to have the defendant present in the courtroom of the Duty Magistrate of the United States District Court, Federal Building and U.S. Courthouse, 501 "I" Street, 8th Floor, Sacramento, California; and in order to secure the presence of the defendant it is necessary that a Writ of Habeas Corpus ad Prosequendum be issued commanding the Warden, Sheriff or Jailor to produce the defendant in court forthwith,

1

1  and at such other dates as may be necessary in order to procure
2  the defendant's presence to enter a plea and all other
3  proceedings incident thereto.
4      WHEREFORE, your petitioner prays for an order directing the
5  issuance of a Writ of Habeas Corpus ad Prosequendum out of and
6  under the seal of this Court, directed to the Warden, Sheriff or
7  Jailor, commanding him to have and produce the above-named
8  defendant in the United States District Court forthwith, and then
9  and there to present the defendant before the Court forthwith,
10 and in no case later than September 26, 2005 (the day before the
11 status conference already set for co-defendants in this case),
12 and from day to day thereafter as may be necessary, and at the
13 termination of the proceedings against the defendant to return
14 defendant to the custody of the Warden, Sheriff or Jailor.
15 DATED:   Sept. 15, 2005           McGREGOR W. SCOTT
                                     United States Attorney
16
17                           BY:    /s/ Matthew D. Segal
                                    MATTHEW D. SEGAL
18                                  Assistant U.S. Attorney
19
20                          O R D E R
21     Upon reading and filing the foregoing application in that
   behalf;
22
       IT IS ORDERED that a Writ of Habeas Corpus ad
23
   Prosequendum issue as prayed for herein.
24
25 Dated: 9/20/05                 /s/ Gregory G. Hollows
                                  _____
26                                HONORABLE GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE
27 aldaco302.wrt
28

2